**DISMISS and Opinion Filed June 8, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00867-CV

**INFORM DIAGNOSTICS, INC. F/K/A MIRACA LIFE SCIENCES, INC., Appellant**

**V.**

**DANIELLE WEHLE, MD, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-10190**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

Stating it no longer wishes to pursue this appeal, appellant has filed a motion

to dismiss. *See* TEX. R. APP. P. 42.1(a). We grant the motion and dismiss the appeal.

*See id.*

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

200867F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

INFORM DIAGNOSTICS, INC.
F/K/A MIRACA LIFE SCIENCES,
INC., Appellant

No. 05-20-00867-CV        V.

DANIELLE WEHLE, MD, Appellee

On Appeal from the 191st Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-20-10190.
Opinion delivered by Chief Justice
Burns, Justices Molberg and
Goldstein participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Danielle Wehle, MD recover her costs, if any, of this appeal from appellant Inform Diagnostics, Inc. f/k/a Miraca Life Sciences, Inc.

Judgment entered June 8, 2021.